U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
**March 26, 2007**
Clerk, U.S. Bankruptcy Court

**Below is a Judgment of the Court.  Fed. Interest Rate: 4.93%**

_____
ALBERT E. RADCLIFFE
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

IN THE MATTER OF:

| | |
|---|---|
| PIRTLE, LELAND<br>    Debtor | CHAPTER 7 CASE NO. 06-60817-AER7 |
| LELAND PIRTLE,<br>    Plaintiff,<br>v.<br>HUGHES NETWORK SYSTEMS<br>dba HUGHESNET<br>    Defendant. | ADV. PROCEEDING NO. 06-06358-aer |

**DEFAULT JUDGMENT**

Based on the Court's Default Order entered on February 14, 2007, and the Court's decision on the record, following a hearing on damages on March 14, 2007,

IT IS HEREBY ORDERED THAT:

1.  Hughes Network Systems, dba HughesNet, is in found to be in contempt of this Court for violation of the automatic stay in 11 U.S.C. Sec. 362 and the permanent injunction in 11 U.S.C. Sec. 524.

2.  Hughes Network Systems, dba HughesNet, is ordered to report to all credit reporting agencies that the subject discharged debt is "Included in Bankruptcy" and now has a $0 balance.

3.  Hughes Network Systems, dba HughesNet, is ordered to stop reporting the debt as due and owing to any credit reporting agencies at any future time.

4.  Hughes Network Systems, dba HughesNet, is permanently enjoined from further attempts to

collect the discharged debt.

      4.      Judgment is entered against Defendant Hughes Network Systems, dba HughesNet, and in favor of Plaintiff, in the amount of $7823.64.

###

Submitted by:

Karen M. Oakes  OSB # 98463
Law Office of Karen M. Oakes, P.C.
6502 South 6th Street
Klamath Falls, OR 97603
(541) 273-1650